[Sac. No. 3257. In Bank.—May 2, 1921.]

In the Matter of the Estate of GLENN C. RELPH, Deceased. IDA BLACKWELL, Petitioner, v. SUPERIOR COURT OF STANISLAUS COUNTY et al., Respondents.

[1] ESTATES OF DECEASED PERSONS—GRANTING LETTERS OF ADMINISTRATION—ADJUDICATION OF RESIDENCE.—An order of the superior court granting letters of administration is an adjudication of the fact of residence of the deceased in the county over which the court has jurisdiction, binding upon the whole world, unless vacated or set aside on direct attack, for all the purposes of the administration of the estate of the deceased, including the probate of any subsequently produced will.

APPLICATION for a Writ of Mandamus directed to the Superior Court of Stanislaus County to compel respondent to proceed with the probate of a will. Writ denied.

The facts are stated in the opinion of the court.

J. B. Curtin for Petitioner.

THE COURT.—[1] The court is of the opinion that under the well-settled law of this state the order of the superior court of San Joaquin County, granting letters of administration, was an adjudication of the fact of residence of the deceased in that county, binding upon the whole world, unless vacated or set aside on direct attack, for all the purposes of the administration of the estate of the deceased, including the probate of any subsequently produced will.

The application for a writ of mandate to compel the superior court of Stanislaus County to proceed in the matter of the alleged will of the deceased is, therefore, denied.

All the Justices concurred.